**Order filed, June 9, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas

_____

### NO. 01-15-00302-CR

### JASON BURROWS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 412th Judicial District Court**
**Brazoria County, Texas**
**Trial Court Case 74447**

---

### ORDER

The reporter's record in this case was due May 26, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Jill Friedrichs, the official (or substitute) court reporter, to file the record

in this appeal, if any, **within 30 days** of the date of this order.


/s/ Sherry Radack

Acting individually